**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEBORAH RICHMOND,      ) | |
|     ) | |
|     Plaintiff,     ) | |
|     ) | |
| v.     ) | Case No. 1:17-cv-10199-ADB |
|     ) | |
| WELLS FARGO HOME MORTGAGE,     ) | |
|     ) | |
|     Defendant.     ) | |
|     ) | |

## <u>NOTICE OF APPEARANCE</u>

Pursuant to Local Rule 83.5.2, please enter the appearance of David E. Fialkow of the

law firm K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111,

as counsel for Defendant Wells Fargo Home Mortgage in the above-captioned action.


                               Respectfully submitted,

                               */s/ David E. Fialkow*
                               David E. Fialkow (BBO# 666192)
                               david.fialkow@klgates.com
                               **K&L GATES LLP**
                               State Street Financial Center
                               One Lincoln Street
                               Boston, MA 02111
                               T: +1.617.261.3126
                               F: +1.617.261.3175

Dated: March 13, 2017

## CERTIFICATE OF SERVICE

I, David E. Fialkow, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail, postage prepaid, to those indicated as non-registered participants.

*/s/ David E. Fialkow*
David E. Fialkow